IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


CARMEN LEIGH HILLERICH,

    Plaintiff,

v.                             CASE NO. 5:10cv326-RH/CJK

MICHAEL ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 19. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED. The case is REMANDED to the Commissioner for further proceedings consistent with the report and recommendation and this

order.  The court reserves jurisdiction to award costs and attorney's fees.  The clerk must enter judgment and close the file.

SO ORDERED on March 24, 2012.

s/Robert L. Hinkle
United States District Judge

Case No.   5:10cv326-RH/CJK