IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARMEN LEIGH HILLERICH,

    Plaintiff,

v.                                      CASE NO.  5:10cv326-RH/CJK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 24.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED.  The plaintiff's motion for attorney's fees, ECF No. 22, is GRANTED.  The Secretary must pay $4,133.24 as attorney's fees under the Equal Access to Justice Act.

    SO ORDERED on August 14, 2012.

                                          s/Robert L. Hinkle
                                          United States District Judge