# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

CARMEN LEIGH HILLERICH,

    Plaintiff,

v.                           CASE NO. 5:10cv326-RH/CJK

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 28. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 26, is GRANTED. The Secretary must pay attorney's fees of $26,367.50 to the plaintiff's attorney from the plaintiff's past-due benefits. The plaintiff's attorney must refund to the

plaintiff $4,133.24, which is the amount of fees previously awarded in this case under the Equal Access to Justice Act.

  SO ORDERED on December 6, 2013.

            s/Robert L. Hinkle
            United States District Judge